**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-34

Deborah Laufer,
    Plaintiff,
v.
Chester Pajak,
    Defendant(s).

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

    s/ Suzette M. Marteny Moore
    *Suzette M. Marteny Moore*
    S. Moore Law, PLLC
    2690 S. Combee Road
    Lakeland, Florida 33803
    Telephone: (863) 229-2140
    E-mail 1: S.Moore@SMooreLaw.com
    E-mail 2: Eservice@SMooreLaw.com
    *Attorney for Plaintiff, Deborah Laufer*