**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-34

Deborah Laufer,
        Plaintiff,
v.

Chester Pajak,
        Defendant(s).

_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**
_____

        Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:                      FOR THE DEFENDANT:
*/s/Suzette M. Marteny Moore*            *Michael J. Davis*
Of Counsel, Thomas Bacon PA              Michael J. Davis
2690 S. Combee Road                      Davis Law Group LLC
Lakeland, FL 33803                       2255 Sheridan Boulevard St. C 272
Tel: 863-229-2140                        Edgewater, CO 80214
S.Moore@SMooreLaw.com                    (720)368-5262
Eservice@SMooreLaw.com                   mdavislaw@mjdavislaw.com

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this February 18, 2021.

                            */s/Suzette M. Marteny Moore*
                            **Suzette M. Marteny Moore**
                            Of Counsel, Thomas Bacon PA
                            2690 S. Combee Road
                            Lakeland, Florida 33803
                            (863) 229-2140 (T)
                            S.Moore@SMooreLaw.com
                            Eservice@SMooreLaw.com
                            *Attorneys for Plaintiff*